UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HYLAND STEVEN STERLING,

    Plaintiff,

v.

    Case No. 1:22-cv-1057

    HON. JANE M. BECKERING

UNKNOWN VANBUSKIRK, et al.,

    Defendants.
_____/

## ORDER

Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, filed this civil rights action pursuant to 42 U.S.C. § 1983. Defendants Joseph VanBuskirk (identified as "Defendant Vanbuskirk" in the complaint) and Jay Parker (identified as "Defendant Parker" in the complaint) filed a Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 19). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 24) on August 20, 2024, recommending that this Court deny Defendants' motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 24) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 19) is DENIED.

Dated: September 17, 2024            /s/ Jane M. Beckering
                                                                    JANE M. BECKERING
                                                                    United States District Judge